**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000353**
**10-OCT-2024**
**07:51 AM**
**Dkt. 19 ODSD**

NO. CAAP-24-0000353

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, A NATIONAL ASSOCIATION, AS TRUSTEE FOR THE J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-RM1, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-RM1, Plaintiff-Appellee, v. DIONISIO P. PASION; DIONISIO PALACIO PASION, TRUSTEE OF THE DIONISIO AND ANGELITA PASION TRUST, AN UNRECORDED REVOCABLE TRUST DATED AUGUST 9, 2006; ANGELITA M. PASION; ANGELITA MIGUEL PASION, TRUSTEE OF THE DIONISIO AND ANGELITA PASION TRUST, AN UNRECORDED REVOCABLE TRUST DATED AUGUST 9, 2006, Defendants-Appellants, and UNITED STATES OF AMERICA; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITES 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC121003044)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Declaration of Angelita Pasion in Response to Order to Show Cause, filed August 2, 2024, the papers in support, and the record, it appears that:

(1) On July 23, 2024, the court, among other things, ordered self-represented Defendants-Appellants Dionisio P. Pasion and Angelita M. Pasion (together, the Pasions) to show cause why this appeal in CAAP-24-0000353 should not be dismissed as duplicative of their appeal in CAAP-24-0000366; and

(2) On August 2, 2024, Angelita Pasion filed a declaration in response to the order to show cause, which states the Pasions' former counsel filed the notice of appeal in CAAP-

24-0000353 without their knowledge or consent, and they are proceeding self-represented in their separate appeal in CAAP-24-0000366.

Therefore, IT IS HEREBY ORDERED that this appeal, CAAP-24-0000353, is dismissed.

DATED:  Honolulu, Hawai'i, October 10, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge